UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JUAN VALDEZ,<br><br>                    Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Juan Valdez's motion for appointment of counsel to assist with a motion for a sentence reduction and compassionate release, pursuant to 18 U.S.C. 3852(c)(1)(A). (Dkt. no. 1084.)  While there is no statutory right to counsel under the Criminal Justice Act (CJA) in connection with a § 3582(c) motion, the provision of counsel for such motions rests in the discretion of the Court.  United States v. Cirineo, 372 F. App'x 178, 179 (2d Cir. 2010).  The Court hereby appoints Carlos M. Santiago, Jr. as CJA counsel to represent Mr. Valdez in the above-captioned case.  Mr. Santiago shall acknowledge his appointment by email or letter to the Court.

    The Government shall respond to Mr. Valdez's motion for a sentence reduction and compassionate release no later than 30 days from the date it is filed by counsel.  Mr. Valdez's reply shall be due 30 days from the date on which the Government files its response.

The Clerk of the Court shall mail a copy of this Order to Mr. Valdez.

**SO ORDERED.**

Dated:   April 9, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge